RE: __MARIA M GARCIA__    ☐ PRO SE    Case # __15-14989 LMI__

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- [X] Tax returns: 2012 2013 **2014** Corp 2012 2013 2014
- [X] Bank Account Statements ☐ 3 months pre-petition
  - #2266 (1/19 - 3/19/15)
  - #06231887B (3/11 - 3/19/15)
- __ Check copy _____
- __ Explain W/D _____
- __ FMV(NADA/Carmax), Reg and Payoff: Vehicles____
- __ FMV and Payoff: Real Estate____
- __ Non homestead Information Sheet
- [X] Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- __ BDQ & attachments ☐ Profit & Loss ☐ Balance Sheet
- __ Bank statements and checks ☐ 3 months ____

- __ ☐ Photo ID(s)  ☐ LF 90  ☐ LF67  ☐ LF10
- __ Domestic Support Info: name address and phone
- __ Affidavits of ____ support ____ rent
- __ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy
- __ Other provisions ☐ IVL ☐ 100% ☐ lawsuit ☐ lease ☐ gambling ☐ HAMP ☐ LMM/MMM
- __ Plan does not fund
- __ Calculation errors/improper months ____
- __ Valuation motion  ☐ not filed  ☐ not resolved
- __ LMM/MMM motion  ☐ not filed
- __ Reaffirm, redeem or surrender Sch D & G creditor
- __ Creditor on plan not listed in Schedules or no filed POC
- __ Priority debt on Sch E not in plan
- __ Object or Conform to Proof of Claim
  - __ Miami-Dade County    __ Tax Certificate(DE#__)
  - __ Dept of Revenue    __ IRS

☐ Notice of Filing HAMP  [X] Other __AXA stmt__

- __ Fee application (see court guideline 6)
- __ Income understated ____ stubs ____ taxes
- __ co-debtor ____ stubs ____ taxes
- __ Spouse's pay advices/spouse's wages not disclosed
- __ Proof of household size (government ID w/ address) and income of all adults
- __ Best effort < 36 months < 60 months
- __ Expenses objectionable: Sch J ☐ Provide Proof
- __ D/I  > 100%  < 90%  Feasibility
- __ Info on transfer SOFA #3 #10 undisclosed
  - __ Tolling Agreement(s)

- __ **Objection to Exemption** (specifics to be filed)
- __ To be heard with confirmation at 1:30 pm
- [✓] Ch 7 s/b __6176__ plus tax refund / valuations
- __ Good faith to unsecured
- __ Expenses: documentation/calculation: CMI line
- __ CMI/DI ____ x 60 = ____
- ☐ Plus income/expenses issues ☐ Trustee est. $____
- __ Undervalued collateral should be crammed down

Other: _____

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. *The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.**

**Deficiencies must be cured by 5 pm on __5-14-15__ to avoid dismissal**

**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027