# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### First Amended Plan

DEBTOR: Maria M. Garcia          JOINT DEBTOR:                          CASE NO.: 15-14989-LMI
Last Four Digits of SS# 6757          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 164.72 for months  1 to  60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $ 1300     Balance Due $2350
        payable $117.50/month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date  $
Address:                         Arrears Payment    $_____/month (Months _____ to _____)
                                 Regular Payment    $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                Total Due  $_____
                       Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 30.75/month (Months 1 to 20) and Pay $ 148.25/month (Months 21 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Chase for the 2007 Cadillac, Chase Mortgage and El Bosque at Little Havana Condo and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez,Esq.
Attorney for the Debtor                                 Joint Debtor
Date: 06/10/2015                                        Date:

LF-31 (rev. 01/08/10)