# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Maria M Garcia                                         Case No. 15-14989-LMI
                                                                                Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

☐        301 North Miami Avenue, Room 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 2 | JP Morgan Chase Bank, N.A. | $1,027.92 | On or about June 5, 2015 Creditor filed a secured proof of claim in the amount of $1,027.92 and an arrearage in the amount of $359.87. Said Creditor was being paid direct and outside the plan. Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee. |

LF-24 (rev. 02/15/05)

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this

<u>29th</u> day of <u>September, 2015</u> to:

JPMORGAN CHASE BANK, NA
NATIONAL BANKRUPTCY DEPARTMENT
c/o Luella Sutton, Sr. Specialist III
PO BOX 29505 AZ1-1191
PHOENIX, AZ 85038-9505

| | |
|---|---|
| JP Morgan Chase Bank | JP Morgan Chase Bank |
| c/o James L. Dimon, CEO | c/o James L. Dimon, CEO |
| 9200 Oakdale Avenue | 270 Park Avenue |
| Chatsworth, CA 91311 | New York, NY 10017 |

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez
   [X]Robert Sanchez, Esq., FBN#0442161

LF-24 (rev. 02/15/05)